IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CATHERINE GOULD, individually and on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> IDEAL CONCEPTS, INC. d/b/a AMERICAN INSURANCE ORGANIZATION, <br><br> Defendant. | Case No. 17-CV-4852 <br><br> **ON REMOVAL FROM THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS** <br><br> Cook County Case No. 17-CH-02489 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441, et seq., Ideal Concepts, Inc. ("Ideal Concepts") hereby gives notice of removal of this action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division (the "Notice of Removal"). In support of thereof, Ideal Concepts respectfully states as follows:

**I. THE STATE COURT ACTION.**

1. On February 17, 2017, Catherine Gould ("Plaintiff") initiated this civil action against Ideal Concepts by filing a Complaint in the Circuit Court of Cook County, Illinois, Chancery Division captioned *Catherine Gould v. Ideal Concepts, Inc.*, case no. 17-CH-02489 (the "State Court Action"). A copy of the Complaint is attached hereto as Exhibit 1.

2. The Summons and Complaint in the State Court Action were served on Ideal Concepts on May 31, 2017. (*See* Declaration of Felicia Montes de Oca, attached hereto as Exhibit 2.) A copy of Plaintiff's Summons and Order Appointing Special Process Server is

attached hereto Exhibit 1. This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. § 1446(b)(1).

3. Pursuant to 28 U.S.C. § 1446(a), attached as Exhibit 1 is a true and correct copy of "all process, pleadings, and orders" served upon Ideal Concepts in the State Court Action.

4. Pursuant to 28 U.S.C. § 1446(d), Ideal Concepts will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois. Ideal Concepts will also serve Plaintiff with a copy of this Notice of Removal.

5. Pursuant to 28 U.S.C. § 93(a)(1), venue for this case is proper in the Northern District of Illinois, Eastern Division.

## II. REMOVAL PURSUANT TO 28 U.S.C. § 1331

6. Under 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. § 1331 because it involves a federal question. *See* 28 U.S.C. § 1331 (providing that district courts shall have original jurisdiction over all civil actions arising under the "Constitution, laws, or treaties of the United States").

8. Here, this Court has original jurisdiction over this civil action because the only Counts in the Complaint allege causes of action under the Telephone Consumer Protection Act ("TCPA").

9. The Seventh Circuit Court of Appeals has held that the TCPA does not provide exclusive jurisdiction to the state courts, and therefore TCPA actions filed in state court can be

removed to federal court under § 1441, regardless of the parties' citizenship or residence. *See, e.g.*, *Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 451 (7th Cir. 2005); *see also Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740 (2012).

10. Pursuant to 28 U.S.C. § 1446(b)(2)(A), all Defendants consent to the removal of this civil action to this Court.

11. Pursuant to 28 U.S.C. § 1441 and 1446, removal of the State Court Action to this Court is appropriate.

**WHEREFORE**, Ideal Concepts, Inc. hereby removes this civil action to this Court.

**DATED**: June 28, 2017                                  Respectfully submitted,

*/s/ David S. Almeida*

David S. Almeida, Esq.
dalmeida@beneschlaw.com
Mark S. Eisen, Esq.
meisen@beneschlaw.com
Nick Larry, Esq.
nlarry@beneschlaw.com
**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192

*Counsel for Ideal Concepts Inc.*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing NOTICE OF REMOVAL was electronically filed with the Clerk of the Court using the CM/ECF system and that copies of the foregoing instrument were sent via email and by first-class U.S. mail, postage prepaid, on June 28, 2017, addressed to the following parties:

James X. Bormes
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue, Suite 1600
Chicago, IL 60603
Tel: 312-201-0575
Fax: 312-332-0600
jxbormes@bormeslaw.com

David T. Butsch
Christopher E. Roberts
Butsch Roberts & Associates LLC
231 South Bemiston Avenue, Suite 260
Clayton, MO 63105
Tel: 314-863-5700
Fax: 314-863-5711
Butsch@butschroberts.com
Roberts@butschroberts.com

                                                  /s/ *David S. Almeida*