# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Catherine Gould

                        Plaintiff,

v.                                                            Case No.: 1:17−cv−04852

                                                                   Honorable Manish S. Shah

Ideal Concepts, Inc. d/b/a American Insurance Organization

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 16, 2017:

      MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. Motion by Defendant Ideal Concepts, Inc. d/b/a American Insurance Organization to dismiss for lack of personal jurisdiction [9] is granted. For the reasons stated in open court, the complaint is dismissed without prejudice for lack of personal jurisdiction. Upon consideration of the parties positions concerning potential transfer of this case to the U.S. District Court for the Eastern District of Pennsylvania, the court grants the request to transfer. The Eastern District of Pennsylvania has personal jurisdiction over defendant, and while that district may not be the most convenient for plaintiff, defendant is located there and transfer will avoid the costs imposed on both sides if plaintiff were to attempt to re−file this action in another court or attempted to file an amended complaint in this case (prompting additional briefing and expense on the question of personal jurisdiction in Illinois). The Clerk is directed to transfer this case to the U.S. District Court for the Eastern District of Pennsylvania. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.