

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton** 312-435-5670
**Clerk**

Date: September 5, 2017

**Pennsylvania Eastern District Court**
**James A. Byrne**
**United States Courthouse**
**601 Market Street, Room 2609**
**Philadelphia, PA 19106-1797**

Re: Gould v. Ideal Concepts, Inc.

USDC Case Number:17cv4852

Dear Clerk:

Pursuant to the order entered by Honorable Manish S. Shah, on 8/16/2017, the above record was

    X☐    Electronically transmitted to:  U.S. District Court for the Eastern District of Pennsylvania

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

    Sincerely,
    Thomas G. Bruton, Clerk

    By:    /s/ J. Hollimon
           Deputy Clerk

Rev. 09/23/2016

New Case No. _____    Date _____

cc:    Non-ECF Attorneys and Pro se Parties